IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY and MELVA QUILLEN : | |
| : | CIVIL ACTION NO. 02-CV-4167 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

　　　　Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____        _____
Hope S. Freiwald                                            Aline Fairweather



_____        _____
Erin Brennan                                                  Kirstin J. Miller



　　　　　　　　　　　　　　　　　　　　DECHERT PRICE & RHOADS
　　　　　　　　　　　　　　　　　　　　4000 Bell Atlantic Tower
　　　　　　　　　　　　　　　　　　　　1717 Arch Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103-2793
　　　　　　　　　　　　　　　　　　　　(215) 994-4000